**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-6406**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSE MIGUEL TAPIA, a/k/a Jose Miquel Tapia, a/k/a Jose Tappia,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:15-cr-00357-JKB-1)

Submitted:  July 23, 2026                                   Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jose Miguel Tapia, Appellant Pro Se.  David Christian Bornstein, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Miguel Tapia, who is currently serving a federal revocation sentence, appeals the district court's order construing his letter "as a motion seeking the judicial award of good time" and denying the motion for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. *See Carmona v. U.S. Bureau of Prisons*, 243 F.3d 629, 632-34 (2d Cir. 2001) (holding that, absent showing of cause and prejudice, inmate must first exhaust administrative remedies before filing habeas petition challenging calculation of good time credits). Accordingly, we affirm the district court's order. *United States v. Tapia*, No. 1:15-cr-00357-JKB-1 (D. Md. Mar. 20, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*